IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-615-FDW-DCK

| | |
|---|---|
| SANDEEP NARAYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEJANDRO MAYORKAS, UR M. ) | |
| JADDOU, and JOHN M. ALLEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Jeremy McKinney, concerning Charles H. Wintersteen, on December 13, 2022. Charles H. Wintersteen seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Charles H. Wintersteen is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 13, 2022

David C. Keesler
United States Magistrate Judge